## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FREEDOM WATCH, INC.
2020 Pennsylvania Ave. NW, Suite 345
Washington, DC, 20006

**Civil Action No.**

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF JUSTICE
Washington, D.C.

And

FEDERAL BUREAU OF INVESTIGATION
Washington, D.C.

Defendants.

## COMPLAINT

Plaintiff FREEDOM WATCH, INC. ("Plaintiff") brings this action against Defendant

U.S. Department of Justice ("DOJ") and Defendant Federal Bureau of Investigation ("FBI")

(collectively "Defendants") to compel compliance with the Freedom of Information Act, 5

U.S.C.§ 552 ("FOIA"). As grounds therefore, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 § U.S.C 1331.

2.      Venue is proper in this district pursuant to 28. U.S.C. § 1391(e).

1

**PARTIES**

3.      Plaintiff Freedom Watch, Inc. is a 501(c)(3), non-profit, public interest foundation

organized under the laws of the District of Columbia and having its principal place of business at

2020 Pennsylvania Ave., NW Suite 345, Washington, DC, 20006. Plaintiff seeks to promote

openness within the federal government and its actions. Plaintiff regularly requests records under

FOIA to shed light on the operations of the federal government and to educate the public about

these operations. Plaintiff then analyzes the agency records and disseminates the results of its

analysis to the public.

4.      Defendant DOJ is an agency of the U.S. Government. Defendant has possession,

custody, and control of records to which Plaintiff seeks access.

5.      Defendant FBI is an agency of the U.S. Government. Defendant has possession,

custody, and control of records to which Plaintiff seeks access.

**STATEMENT OF FACTS**

6.      On May 18, 2017, Plaintiff submitted a FOIA request to Defendants seeking

access to the following records:

> Any and all documents and records as defined above, which constitute, refer, or
> relate in any way to any memoranda prepared, written and/or issues by former
> FBI Director James Comey concerning Barack Obama, Hilary Clinton, Bill
> Clinton, Lieutenant General Michael Flynn, and President Donald Trump.

A true and correct copy of Plaintiff's FOIA request is attached hereto as **Exhibit A.**

8.      By letter dated May 30, 2017, Defendant DOJ acknowledged receiving

Plaintiff's request on May 18, 2017, assigning it Request Number CRM-300602352.

9.      In this letter, Defendant DOJ claimed that the request could not be

completed for the following reason:

> Clarification Necessary. A proper FOIA/PA request must reasonably describe the

2

records sought, and must be made in accordance with Department regulations. See 5 U.S.C. § 552(a)(3)(A). As the Criminal Division's records are customarily maintained by individual investigatory interests, prosecution, or criminal enforcement policy and are kept in various sub-offices, requests must describe the records in sufficient detail in order to enable Criminal Division personnel to locate the records with a reasonable amount of effort. See C.F.R. § 16.3(b). To the extent that you have additional information about a specific investigation, prosecution, or Criminal Division policy we ask that you provide it to this Office. Whenever possible, a request should include specific information about each record including the date, title or name, author, recipient, of the case, the court in which the case was filed, and the nature of the case. See 28 C.F.R. §§ 16.3(b) & 16.41(b).

Upon receipt of the additional information ,this office will advise you whether your request constitutes a proper FOIA/PA request. Please direct your correspondence to the Chief, FOIA/PA Washington, DC 20530 or via email at crm.foia@usdoj.gov. If this Office does not receive your response within 30 days from the date of this letter, we will assure you are no longer interest in this FOIA request, and the case will be administratively Closed. This is not a denial of your request and will not preclude you from filing other requests in the future.

A true and correct copy of Defendant DOJ's response is attached hereto as **Exhibit B.**

11.     Contrary to the Defendant DOJ's response above, Plaintiff's request reasonably describes the records sought in sufficient and specific detail. Plaintiff is clear in its request, and there is no reason why Defendant DOJ cannot grant Plaintiff's request.

12.     Defendant FBI did not acknowledge receiving Plaintiff's FOIA request and has given no response to date.

13.     As of the date of this Complaint, Defendants have failed to produce the requested records or demonstrate that the requested records are lawfully exempt from production.

**FIRST CAUSE OF ACTION**
**(Violation of FOIA, 5 U.S.C. § 552)**
**Against Defendants DOJ and FBI**

14.      Plaintiff realleges paragraphs 1 through 13 as if fully stated herein.

15.     Defendants are unlawfully withholding records requested by Plaintiff's FOIA

Request pursuant to 5 U.S.C. § 552 as set forth in Exhibit A, which is incorporated herein by

reference.

16.     Plaintiff is being irreparably harmed by reason of Defendants' unlawful

withholding of requested records, and Plaintiff will continue to be irreparably harmed unless

Defendants are compelled to conform its conduct to the requirements of the law.

17.     Plaintiff respectfully requests a FOIA fee waiver pursuant to 5 U.S.C. § 552, as

Plaintiff is a non-profit, public interest organization that seeks to promote openness within the

federal government and their actions. Plaintiff regularly requests records under FOIA to shed

light on the operations of the federal government and to educate the public about these

operations. Plaintiff then analyzes the agency records and disseminates the results of its analysis

to the public at large.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendants to

conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate

that it employed search methods reasonably likely to lead to the discovery of records responsive

to Plaintiff's FOIA Request; (2) order Defendants to produce, by a certain date, any and all non-

exempt records responsive to Plaintiff's FOIA request and a *Vaughn* index of any responsive

records withheld under claim of exception.; (3) enjoin Defendants from continuing to withhold

any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an

award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5

U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and

proper.

5

**Dated**: **June 20, 2017**

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
Freedom Watch, Inc.
D.C. Bar No. 334581
2020 Pennsylvania Ave, NW
Suite 345
Washington, DC, 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com